

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on 07/31/2017 ,  Annie Potts

completed a course on personal financial management given by Sage Personal Finance,

an approved provider of debtor education in the  Middle District of Alabama  .


Case Number: 12-31413

Certificate Number: 201710181246

Signed: /s/ Allison Geving, Ph.D.

Title:  President, Sage Personal Finance